```
Steven Nemec
P.O. Box 5324
Redwood City, CA 94063
Tel: (855) 824-9700

Plaintiff, In Pro Se
```



ADR

GRANTED
Paul S. Grewal
Judge Paul S. Grewal

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NEMEC, | ) |
| Plaintiff, | ) Case No.: 14cv1343 PSG |
| vs. | ) |
| FORREST DAVID LINEBARGER, et. al., | ) EX PARTE MOTION TO PERMIT PRO SE ELECTRONIC FILING IN ECF |
| Defendants. | ) NDCA L.R. 5-1(b) |

COMES NOW PLAINTIFF, STEVEN NEMEC, In Pro Se, to Motion this Honorable Court, ex parte, for an Order permitting him to file documents and receive notices from the Court utilizing the ECF system. This motion is based on the below points and authorities, and declaration of Steven Nemec.

### POINTS & AUTHORITIES

Northern District of California local rules 5-1(b) and (e)(1) permit a pro se filer to move for permission to become an "e-filer." For the benefit and convenience of both the Court and the movant, Plaintiff respectfully requests this Court approve his request.

**DECLARATION OF STEVEN NEMEC**

I Steven Nemec hereby declare, that I am the Plaintiff in this action, filing In Pro Se.

That I am familiar with the Federal Court CM/ECF and Pacer systems.

That I am already a registered Northern District e-Filer on other cases pending in this District, in which I am the Judgment Creditor Assignee of Record.

That I have read the policy and procedure manual of the US District Court for the Northern District of California, and made myself familiar with it.

That I agree to comply with those same policies and procedures, including responding to notices from the Court and Chambers paper courtesy copies, if required by the Court or the assigned Magistrate or District Judge.

That I respectfully request this Court grant me ECF access for the convenience and ease of not only the Plaintiff, but more importantly, the Court.

**PRAYER**

WHEREFORE, Plaintiff prays for an Order as follows:

That the Northern District of California ECF staff modify Plaintiff's ECF account for Plaintiff to permit him e-filing access with the Court in this matter. Plaintiff's will communicate his login information to ECF staff directly.

**MOTION FOR PRO SE PLAINTIFF TO EFILE**
2

I declare under penalty of penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 21st day of March, 2014 at San Francisco, California.

Respectfully submitted,

*(signature)*

Steven Nemec

**MOTION FOR PRO SE PLAINTIFF TO EFILE**

3