UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NEMEC, | Case No. 5:14-cv-01343-PSG |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| FORREST DAVID LINEBARGER *et al*, | **(Re: Docket No. 11)** |
| Defendants. | |

On April 2, 2014, the court received a "motion for administrative relief for emergency stay of unilateral arbitration" from Defendants Justin Schuh and Catherine Nguyen. This motion perhaps should properly have been styled as a motion for a temporary restraining order, which is subject to an expedited schedule for resolution. In order for the court to resolve this matter before the arbitration on April 10, 2014, any opposition shall be filed by Monday, April 7, 2014. The court will then resolve the motion on the papers and issue an order by no later than April 9, 2014.

1

Case No. 5:14-cv-01343-PSG
ORDER SETTING BRIEFING SCHEDULE

**IT IS SO ORDERED.**

Dated: April 3, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge