CIV-020

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Steven Nemec<br>POB 5324<br>Redwood City, CA 94063<br><br>TELEPHONE NO.: 855-824-9700   FAX NO. *(Optional):* 888-782-4290<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff, In Pro Per | FOR COURT USE ONLY<br><br>**GRANTED**<br>*Paul S. Grewal*<br>Judge Paul S. Grewal |
|---|---|
| UNITED STATES DISTRICT COURT - NORTHERN DIST. of CALIF.<br>STREET ADDRESS: 280 South First Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: San Jose Division | |
| PLAINTIFF/PETITIONER: Steven Nemec<br>DEFENDANT/RESPONDENT: Forrest David Linebarger, et al. | |
| **NOTICE OF INTENT TO APPEAR BY TELEPHONE** | CASE NUMBER:<br>5:14-cv-1343 PSG |

1. Party intending to appear by telephone is:

   [✓] Plaintiff/Petitioner *(name):* Steven Nemec
   [ ] Defendant/Respondent *(name):*
   [ ] Other *(name):*

2. The conference, hearing, or proceeding is for *(describe):*

   Status Conference          NOTE: Courtcall calendaring requires an email from the Court.

   set on *(date):* April 15, 2014      at *(time):* 10:00am      in *(department):* 5
   before *(name of judicial officer, if known):* US Mag. Judge Paul Grewal

Date: April 11, 2014

Steven Nemec
_____
(TYPE OR PRINT NAME)

▶ *(signature)*
_____
(SIGNATURE)

---

See Code of Civil Procedure section 367.5 and rule 3.670 of the California Rules of Court to determine if a conference, hearing, or proceeding is one generally considered appropriate for telephone appearance. Note that a court may determine on a hearing-by-hearing basis that a personal appearance is required. (Code Civ. Proc., § 367.5(c).)

This form is intended only to provide written notice to a court and parties as provided in rule 3.670(g)(1)(B) of the California Rules of Court. **Check with court to determine how to make arrangements for telephone services for an appearance either directly with the court or through a court-appointed vendor.**

**This notice must be filed with the court at least three court days before the appearance and must be served at the same time on all other parties in such a way as to ensure delivery to the parties no later than the close of the next business day. (Cal. Rules of Court, rule 3.670(g)(1)(B).)**

Form Approved for Optional Use
Judicial Council of California
CIV-020 [New July 1, 2010]

**NOTICE OF INTENT TO APPEAR BY TELEPHONE**

Page 1 of 1
Code of Civil Procedure, § 367.5;
Cal. Rules of Court, rule 3.670