UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NEMEC, | Case No. 5:14-cv-01343-PSG |
| Plaintiff, | **ORDER DENYING MOTION FOR TEMPORARY RESTAINING ORDER** |
| v. | |
| FORREST DAVID LINEBARGER *et al*, | **(Re: Docket No. 28)** |
| Defendants. | |

On April 18, 2014, this court denied Defendants' motion to shorten time on a hearing for a preliminary injunction, finding that "a standard-track schedule is sufficient [ b]ecause the court can remedy any demonstrated harm as effectively on May 27 as any date on or before April 24."[1]  For the same reason, the court is not persuaded that a Temporary Restraining Order would be warranted, even if the issue were not now moot. Therefore, that motion also is DENIED.

---

[1] Docket No. 42.

1

Case No. 5:14-cv-01343-PSG
ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

**IT IS SO ORDERED.**

Dated: May 5, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge